

IN THE
TENTH COURT OF APPEALS

No. 10-16-00417-CV

IN THE INTEREST OF E.J., J.J., V.J., AND C.J.X., CHILDREN

From the 85th District Court
Brazos County, Texas
Trial Court No. 15-000408-CV-85

## ORDER

On March 24, 2017, appellants filed a motion for an extension of time to file their pro se response to their appointed counsel's motion to withdraw and supporting *Anders* brief. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). The basis of the motion is that one certain pretrial hearing, apparently held on July 8, 2015, was not transcribed although it had been requested to be transcribed. Further, according to the motion, "[Counsel] and Ms. McCright of Verbatim Reporting and Transcription LLC, were notified by email on May 11, 2017 about the missing transcript." No verification of this email was included with appellants' motion. Although we question whether the transcription of the requested hearing is relevant to appellants' response to counsel's *Anders* brief, we cannot, at this juncture, hold that it could not be relevant and material.

Accordingly, the Texas Department of Family and Protective Services is ordered to file a response to appellants' motion within 7 days from the date of this order. The response must include information from the reporter regarding the alleged request by appellants and whether such a record was made at the referenced hearing.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Response requested
Order issued and filed May 31, 2017

